UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| TERESA M. BEUMER, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 4:09-cv-33 |
| ) | |
| MICHAEL J. ASTRUE, ) | Judge Mattice |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant.* ) | |

## ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on June 4, 2010 [Court Doc. 21]. Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Magistrate Judge Lee recommended that Plaintiff's Motion for Summary Judgment [Court Doc. 17] be denied, that the Commissioner's Motion for Summary Judgment [Court Doc. 19] be granted, that the Commissioner's decision denying benefits be affirmed, and that the case be dismissed with prejudice.

Accordingly, the Court **ORDERS** that Plaintiff's Motion for Summary Judgment [Court Doc. 17] is **DENIED** and that the Commissioner's Motion for Summary Judgment [Court Doc. 19] is **GRANTED**. The Commissioner's decision denying benefits is **AFFIRMED** and this case shall be **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 1st day of July, 2010.

            <u>*/s/Harry S. Mattice, Jr.*</u>
            HARRY S. MATTICE, JR.
         UNITED STATES DISTRICT JUDGE